1

2

3

4

5                          UNITED STATES DISTRICT COURT

6                               DISTRICT OF NEVADA

7                                       * * *

8    JAMES BENSON,                          )
                                            )
9             Plaintiff,                     )          2:11-cv-1813-JCM-RJJ
                                            )
10   vs.                                     )
                                            )
11   ROSETA STONE, LTD. *et al.*,            )          O R D E R
                                            )
12            Defendant,                     )
     _____)

13           This matter is before the Court on an Application to Proceed in District Court Without

14   Prepaying Fees or Costs (#1).

15           The Court having reviewed the Application (#1) and the proposed complaint attached

16   thereto and good cause appearing therefore,

17           IT IS HEREBY ORDERED that a status hearing is scheduled for January 5, 2012, at 9:00

18   AM in courtroom 3D, 3d floor, Lloyd D. George United States Courthouse, 333 Las Vegas Blvd.

19   So., Las Vegas, Nevada.

20           IT IS FURTHER ORDERED that only Plaintiff, James Benson,  is required to appear in

21   Court for this hearing. Plaintiff is advised that failure to appear for this hearing may result in a

22   recommendation that this case be dismissed.

23           IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order on the

24   Plaintiff by certified mail, return receipt requested.

25           DATED this __30th__ day of November, 2011.

26

27
                                    _____
28                                  ROBERT J. JOHNSTON
                                    United States Magistrate Judge