1

2

3

4

5                      UNITED STATES DISTRICT COURT

6                           DISTRICT OF NEVADA

7                                  * * *

8    JAMES BENSON,                    )
                                      )
9            Plaintiff,               )        2:11-cv-1813-JCM-RJJ
                                      )
10   vs.                              )
                                      )
11   ROSETA STONE, LTD. *et al.*,     )        O R D E R
                                      )
12           Defendant,               )
     _____)

13

14           This matter is before the Court on an Application to Proceed in District Court Without

     Prepaying Fees or Costs (#1).
15

16           The Court having reviewed the Application (#1) and the proposed complaint attached

17   thereto and good cause appearing therefore,

18           IT IS HEREBY ORDERED that a status hearing is scheduled for January 5, 2012, at 9:00

19   AM in courtroom 3D, 3d floor, Lloyd D. George United States Courthouse, 333 Las Vegas Blvd.

     So., Las Vegas, Nevada.
20

21           IT IS FURTHER ORDERED that only Plaintiff, James Benson,  is required to appear in

22   Court for this hearing. Plaintiff is advised that failure to appear for this hearing may result in a

     recommendation that this case be dismissed.
23

24           IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order on the

25   Plaintiff by certified mail, return receipt requested.

26           DATED this  30th  day of November, 2011.

27

28   _____
     ROBERT J. JOHNSTON
     United States Magistrate Judge