1
2
3
4                           UNITED STATES DISTRICT COURT
5                                  DISTRICT OF NEVADA
6                                          * * *
7    JAMES BENSON,                      )
                                        )
8              Plaintiff,               )        2:11-cv-1813-JCM-RJJ
                                        )
9    vs.                                )
                                        )
10   ROSETTA STONE, LTD, *et al.*,      )          O R D E R
                                        )
11             Defendant,               )
     _____)
12
13         This matter is before the Court on an Application to Proceed in District Court Without
     Prepaying Fees or Costs (#1).
14
15         The Court having reviewed the Application (#1) and the proposed complaint attached
     thereto and good cause appearing therefore,
16
17         IT IS HEREBY ORDERED that a status hearing is scheduled for April 2, 2012, at 1:30
     PM in courtroom 3D, 3d floor, Lloyd D. George United States Courthouse, 333 Las Vegas Blvd.
18
     So., Las Vegas, Nevada.
19
20         IT IS FURTHER ORDERED that only Plaintiff, JAMES BENSON,  is required to appear
     in Court for this hearing. Plaintiff is advised that failure to appear for this hearing may result in a
21
     recommendation that this case be dismissed.
22
23         IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order on the
     Plaintiff by certified mail, return receipt requested.
24
           DATED this   29th   day of February, 2012.
25
26
27
                                          _____
28                                        ROBERT J. JOHNSTON
                                          United States Magistrate Judge